IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02133-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 09 2008

GREGORY C. LANGHAM
CLERK

VICKI PIONTEK,

　　Plaintiff,

v.

CREDITORS FINANCIAL SERVICES,

　　Defendant.

---

ORDER OF DISMISSAL

---

On October 29, 2008, the Court denied Plaintiff Vicki Piontek leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action, finding that she failed to qualify for commencement of this action without prepayment of fees or security pursuant to § 1915. Ms. Piontek, also, was instructed to pay the entire $350.00 filing fee within thirty days if she wished to pursue her claims in this action. She was warned that if she failed to pay the filing fee within thirty days the Complaint and the action would be dismissed without further notice.

Plaintiff has failed to communicate with the Court, and as a result she has failed to pay the filing fee within the time allowed. Therefore, the Complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Plaintiff failed to pay the $350.00 filing fee in full within the time allowed.

DATED at Denver, Colorado, this 9 day of Dec., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02133-BNB

Vicki Piontek
951 Allentown Road
Lansdale, PA 19446

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/9/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk